UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO.   07-210M |
| v. ) | |
| NICHOLAS BLACKWELL, ) | DETENTION ORDER |
| Defendant. ) | |

Offenses charged in the District of Alaska:

Conspiracy in Relation to Controlled Substance Trafficking, in violation of Title 21, U.S.C. §§ 846 & 841(a)(1), (b)(1)(B) and (b)(1)(C);

Possession of Firearms in Furtherance of Drug Trafficking, in violation of Title 18, U.S.C. § 924(c)(1)(A)(I);

Distribution of Controlled Substances, in violation of U.S.C. §§ 841(a)(1), (b)(1)(B) and (b)(1)(C).

Date of Detention Hearing:   April 24, 2007

The Court conducted both a detention hearing pursuant to Title 18 U.S.C. § 3142(f) and a preliminary Rule 5(c)(3) inquiry. The defendant waived his rights to a full Rule 5(c)(3)(D) hearing and the Court signed an order of transfer to the originating district court of the District of Alaska to answer the charges.

The detention hearing was uncontested, and the defendant may re-open the matter of detention in the District of Alaska. The Court finds that, based upon the factual findings

DETENTION ORDER
PAGE -1-

and statement of reasons for detention hereafter set forth, no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Mark Bartlett. The defendant was represented by Paula Deutsch. The defendant stipulated to detention.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of April, 2007.

MONICA J. BENTON
United States Magistrate Judge